# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: July 3, 2013**

Official Caption[1]

2013-1452, -1488

ALPS SOUTH, LLC,

          Plaintiff-Cross Appellant,

v.

THE OHIO WILLOW WOOD COMPANY,

          Defendant-Appellant.

Appeals from the United States District Court for the Middle District of Florida in case no. 08-CV-1893, Judge Mary S. Scriven.

Authorized Abbreviated Caption[2]

ALPS SOUTH, LLC V OHIO WILLOW WOOD CO., 2013-1452, -1488

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.