NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALPS SOUTH, LLC,**
*Plaintiff-Cross Appellant,*

v.

**THE OHIO WILLOW WOOD COMPANY,**
*Defendant-Appellant.*

---

2013-1452, -1488, 2014-1147

---

Appeals from the United States District Court for the Middle District of Florida in No. 08-CV-1893, Judge Mary S. Scriven.

---

**ON MOTION**

---

**O R D E R**

The Ohio Willow Wood Company moves without opposition to reactivate the appeal and to consolidate appeals 2013-1452 and 2013-1488 with appeal 2014-1147 for purposes of briefing and oral argument.

The court sua sponte consolidated the appeals on December 5, 2013.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is reactivated.

(2)  The Ohio Willow Wood Company's opening brief is due within 45 days from the date of this order.

(3)  The motion to consolidate appeals is denied as moot.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                          Clerk of Court

s26