NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALPS SOUTH, LLC,**
*Plaintiff-Cross Appellant,*

**v.**

**THE OHIO WILLOW WOOD COMPANY,**
*Defendant-Appellant.*

---

2013-1452, -1488, 2014-1147

---

Appeals from the United States District Court for the Middle District of Florida in No. 08-CV-1893, Judge Mary S. Scriven.

---

**ON MOTION**

---

**O R D E R**

The Ohio Willow Wood Company moves without opposition to withdraw Jeffrey S. Standley, James L. Kwak, F. Michael Speed, Jr. and Michael Stonebrook as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

2 ALPS SOUTH, LLC v. OHIO WILLOW WOOD CO.

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27